UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRACE M. CASE, a married person,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANA J. SEAWRIGHT, a/k/a DIANA J. GILBERT, and JOHN DOE SEAWRIGHT, husband and wife; and COURTNEY D. WOOD and JANE DOE WOOD, husband and wife,<br><br>        Defendants. | No. CV-04-3131-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED:** In light of the parties joint stipulation, Ct. Rec. 17, all claims and causes of actions in this matter brought by plaintiff against all defendants are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS.  All pending motions are MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THIS FILE.**

**DATED** this 12th day of September, 2005.

                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                          United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1